FILED
MAR 1 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: 3:11-CR-05825-GT |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING WITH PSR** |
| vs. | |
| ROBERTO GARCIA-RUIZ, | |
| Defendant. | |

Pursuant to a joint motion filed by Defendant and good cause appearing, the Sentencing Hearing with PSR scheduled for April 26, 2012 at 9:30 am is vacated and rescheduled to May 29, 2012 at 9:30 am.

IT IS SO ORDERED.

DATED: March 9, 2012

Honorable Gordon Thompson Jr.
United States District Court Judge

1                                                            3:11-CR-05825-GT